# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE RAINBOW MARINE CONTRACTORS, INC. ET AL.** | **CIVIL ACTION**<br><br>No. 09-4516<br><br>SECTION I/3 |

## ORDER

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the motion for clarification of the scheduling order[1] is **GRANTED** and that petitioners be designated as the defendants and that claimants be designated as the plaintiffs for the purposes of the scheduling order.

New Orleans, Louisiana, April 26, 2010.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 41.

1